**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ella R. Huval** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2777** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–22919–CMB**

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ella R. Huval
fka Ella R. Cottrell

1/20/21

**By the court:**  Carlota M. Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 20-22919-CMB

Ella R. Huval                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: admin                                                    Page 1 of 3

Date Rcvd: Jan 20, 2021                                Form ID: 318                                           Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ella R. Huval, 717 Walnut Hill Road, Dilliner, PA 15327-1619 |
| cr | + | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 15298678 | + | Alternative Collections, LLC, DBA Asset Compliant Solutions, 65 Lawrence Bell Drive--Suite 101, Buffalo, NY 14221-7182 |
| 15298685 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 200 South McKean Street, Butler, PA 16003-6012 |
| 15298686 | | Dynamic Recovery Solutions, P.O. Box 25759, Greenville, SC 29616-0759 |
| 15298687 | | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15298693 | + | Monongalia General Hospital, 1200 JD Anderson Drive, Morgantown, WV 26505-3486 |
| 15298694 | + | Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15298699 | | University Health Associates, P.O. Box 875, Morgantown, WV 26507-0875 |
| 15298704 | | West Virginia University Medicine, P.O. Box 865, Morgantown, WV 26507-0865 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 21 2021 06:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2021 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 21 2021 06:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2021 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 21 2021 06:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15298679 | | EDI: RMSC.COM | Jan 21 2021 06:18:00 | Ashley Furniture/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 15298681 | + | EDI: CAPIO.COM | Jan 21 2021 06:18:00 | Capio Partners, LLC, 2222 Texoma Parkway--Suite 150, Sherman, TX 75090-2481 |
| 15298682 | | EDI: CAPITALONE.COM | Jan 21 2021 06:18:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15298683 | | EDI: CAPITALONE.COM | | |

Case 20-22919-CMB    Doc 18    Filed 01/22/21    Entered 01/23/21 00:46:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 318 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Jan 21 2021 06:18:00 | Capital One Walmart, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15298684 | EDI: RMSC.COM | Jan 21 2021 06:18:00 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15298688 | Email/Text: eblymiller@fidelitycollections.com | Jan 21 2021 04:46:00 | Fidelity National Collections, 885 South Sawburg Avenue--Suite 103, Alliance, OH 44601-5905 |
| 15298690 | EDI: RMSC.COM | Jan 21 2021 06:18:00 | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15298691 | EDI: WFNNB.COM | Jan 21 2021 06:18:00 | Kay Jewelers/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15298692 | + EDI: DAIMLER.COM | Jan 21 2021 06:23:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy Dept., P.O. Box 685, Roanoke, TX 76262-0685 |
| 15298695 | EDI: AGFINANCE.COM | Jan 21 2021 06:18:00 | One Main Financial, 170 Greene Plaza, Waynesburg, PA 15370-8142 |
| 15298696 | EDI: RMSC.COM | Jan 21 2021 06:18:00 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15298697 | Email/Text: bankruptcy@bbandt.com | Jan 21 2021 04:47:00 | Sheffield Financial, 6010 Golding Center Drive, Winston Salem, NC 27103-9815 |
| 15299386 | + EDI: RMSC.COM | Jan 21 2021 06:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15298698 | + EDI: WTRRNBANK.COM | Jan 21 2021 06:18:00 | Target, Attn: Bankruptcy, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 15298680 | EDI: WFNNB.COM | Jan 21 2021 06:18:00 | The Buckle/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15298689 | + EDI: CITICORP.COM | Jan 21 2021 06:18:00 | The Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 15298700 | + EDI: VERIZONCOMB.COM | Jan 21 2021 06:18:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 15298701 | EDI: WFNNB.COM | Jan 21 2021 06:18:00 | Victoria's Secret/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15298702 | EDI: WFFC.COM | Jan 21 2021 06:18:00 | Wells Fargo Bank/Empire Today, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 15298703 | ## | West Virginia Emergency Physicians, 4350 Fowler Street--Suite 15, Fort Myers, FL 33901-2616 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 318 | Total Noticed: 32 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Ella R. Huval COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

TOTAL: 5